UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GUSTRY SAILEE,                                          CIVIL NO. 08-5942 (JMR/JSM)

      Plaintiff,

v.                                                                 ORDER

DAKOTA COUNTY, DAKOTA COUNTY
EMPLOYEES, DEPUTYS, AGENTS,
AGENCY, JUDGES, MR. SPICER,
MR. PERKINS, MS. SIMONEHE,
MIRAM REA, BRENDA LIGHTBODY,
TERRY KELLEY, MS. FYKEN,
LOREN C. HANSON, JOE DALANGER,
MR. JONES, SENIOR NOTARY,
SOCIAL SERVICES, FIRST JUDICIAL
DAKOTA COUNTY, and DAKOTA
COUNTY LAW ENFORCEMENT CENTER,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 13, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.     Plaintiff's applications to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2.     Plaintiff's pending motion for appointment of counsel, (Docket No. 8), is **DENIED**;

3.     Plaintiff's "Notice of Motion and Motion for Order in Pursuant to Rule 28.02 Appeal by Defendant, Subd. 1. Subd. 2.," (Docket No. 3), is **DENIED**;

4. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

5. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $350.00, in accordance with 28 U.S.C. § 1915(b)(2); and

6. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated: March 31, 2009

                                           s/James M. Rosenbaum  
                                           JAMES M. ROSENBAUM  
                                           United States District Judge